UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                    CASE NO.: 14-22581-BKC-LMI
                                                                          Chapter 7
**SHERRIE B. JOHNSON**
SSN: XXX-XX-0826

       Debtor(s).
_____/

**TRUSTEE, MARCIA T. DUNN'S (A) OBJECTION TO DEBTOR'S SCHEDULED VALUATION AND CLAIMED EXEMPTION OF SCHEDULED PROPERTY AND (B) MOTION TO COMPEL DEBTOR TO TURNOVER PROPERTY OF THE ESTATE**

      Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Sherrie B. Johnson (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 522, 541 and 542 and Federal Rule of Bankruptcy Procedure 4003 files this (A) Objection to Debtor's Scheduled Valuation and Claimed Exemption of Scheduled Property (the "Objection"), and (B) Motion to Compel Debtor to Turnover Property of the Estate (the "Motion") and in support thereof, states as follows:

      1.    This case commenced as a Chapter 7 proceeding on May 30, 2014 (the "Petition Date").  Marcia T. Dunn is the duly appointed Chapter 7 Trustee.

      2.    The § 341 Meeting of Creditors was scheduled and held on July 9, 2014.

      3.    On September 3, 2014, the Trustee entered an Agreed *Ex Parte* Motion to Extend Time to File Objections to Debtor's Claimed Exemptions [ECF 29] and on September 4, 2014, the Court entered an order extending the deadline to object to the Debtor's claimed exemptions through October 31, 2014 [ECF 30].

      4.    The Debtor's schedule "B" lists the Debtor's interest in, (a) various household goods and furnishings with a scheduled value of $832.50 (the "HHG"); (b) a 2005 Lexus EX 330 with a scheduled value of $7,351.00 (the "Lexus"); (c) a 2009 Chevrolet Malibu with a scheduled value of $6,574.00 (the "Malibu"); and (d) a 2006 Ford F-150 (the "Ford").

<mark>CASE NO.:  14-22581-BKC-LMI</mark>

Additionally, the Estate has an interest in the Debtor's 2014 Federal Income Tax Refund (the "Refund"). Items (a) through (d) and the Refund may be referred to collectively as the "Property."

5. The Trustee objects to the scheduled valuation and claimed exemption of all property, other than homestead property, claimed as exempt by the Debtor to the extent that the actual Petition Date fair market value of said property, when combined with the Debtor's other non-exempt assets, causes the Debtor to exceed the available $1,000.00 per person personal property exemption, and the $1,000.00 per person vehicle exemption under Florida law, or to the extent that any claimed exempt property was converted from non-exempt assets in derogation of Fla. Stat. 222.29 and 222.30, and any other applicable law.

6. The Trustee possesses documents and information which refute the valuation and claimed exemptions of the Property.

7. The non-exempt portion of the Property is property of the Estate pursuant to 11 U.S.C. §541 and subject to turnover pursuant to 11 U.S.C. §542.

8. The Trustee requests entry of an order compelling the Debtor to either (a) enter into a stipulation with the Trustee for the immediate repurchase of the Property or (b) turnover the Property to the Trustee.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Sherrie B. Johnson respectfully requests this Honorable Court enter an Order (1) sustaining the instant Objection, (2) directing the Debtor to either (a) enter into a stipulation with the Trustee for the immediate repurchase the Property or (b) turn over the Property to the

CASE NO.: 14-22581-BKC-LMI

Trustee within 10 days, and (3) granting such other and further relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 29, 2014, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Sherrie B. Johnson
5681 NW 187th St
Miami Gardens, FL 33055-5337

Respectfully submitted,

/s/ Jessika A. Graham
Jessika A. Graham
Fla. Bar No. 72452
Tabas, Freedman & Soloff, P.A.
Attorneys for Trustee, Marcia T. Dunn
One Flagler Building
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
E-mail: jgraham@tabasfreedman.com

3

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171