UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

**SHERRIE JOHNSON**
SSN: XXX-XX-0826

Case Number 14-22581-LMI
Chapter 7

Debtor.
_____/

### DEBTOR'S COUNSEL'S MOTION TO WITHDRAW

Debtor's counsel, Timothy S. Kingcade, Esq. of Kingcade & Garcia P.A., "Counsel," hereby files this *Motion to Withdraw*, and states:

1. This is a Chapter 7 case filed on May 30, 2014.

2. The Debtor has been uncooperative with the Trustee, Kingcade & Garcia, P.A. and the bankruptcy system.

3. The parties' attorney-client relationship has suffered irreconcilable differences making future representation impossible.  Therefore, Counsel respectfully requests that this Court allow Timothy S. Kingcade, Esq. of Kingcade & Garcia P.A., to withdraw as counsel of record for the Debtor.

4. Counsel respectfully requests that this Court allow Timothy S. Kingcade, Esq. of Kingcade & Garcia, P.A., to withdraw as counsel of record for the Debtor.

Page 2.

**WHEREFORE**, the Debtor's counsel seeks an order allowing withdrawal as counsel of record from the case and for any other relief deemed just and proper in the circumstances.

<u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent, via Regular U.S. Mail to Sherrie Johnson, 5681 NW 187 Street, Miami Gardens, FL 33055 and via ECF to: Jessika A. Graham, Counsel for the Chapter 7 Trustee, Tabas, Freedman & Soloff, P.A., 14 NE First Avenue, PH, Miami, FL 33133 on this 21st day of November, 2014.

<u>**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)**</u>
**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**KINGCADE & GARCIA, P.A**
Counsel for the Debtor
Kingcade Building
1370 Coral Way ▪ Miami, Florida 33145-2960
Telephone: 305-285-9100 ▪ Facsimile: 305-285-9542

<u>/s/ Timothy S. Kingcade</u>
x  Timothy S. Kingcade, Esq., FBN 082309
☐ Wendy Garcia, Esq., FBN 0865478
☐ Jessica L. McMaken, Esq., FBN 580163