UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                         CASE NO.: 14-22581-BKC-LMI
                                                                                    Chapter 7
**SHERRIE B. JOHNSON**
SS # XXX-XX-0826

    Debtor(s).
_____/

### MARCIA T. DUNN, TRUSTEE'S NOTICE OF DEFAULT AND MOTION FOR ENTRY OF ORDER REVOKING DEBTOR'S DISCHARGE

Marcia T. Dunn, as Chapter 7 Trustee of the bankruptcy estate of Sherrie B Johnson ("Trustee"), through counsel, files this Notice of Default and Motion for Entry of Order Revoking Debtor(s)' Discharge (the "Motion"), and in support thereof states as follows:

1. On May 30, 2014, Debtor Sherrie B Johnson (the "Debtor(s)") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code. Subsequently, Marcia T. Dunn was appointed Chapter 7 Trustee.

2. The § 341 meeting of creditors was held on August 4, 2014.

3. On January 27, 2015, the Trustee filed a Motion to Approve Stipulation for Compromise and Settlement Regarding (A) Valuation and Repurchase of Debtor's Non-Exempt Assets and (B) Turnover of the Debtor's 2014 Tax Refund, If Any (the "Motion to Approve")(ECF 53), and on March 31, 2015, the Court entered an Order approving the settlement which approved the terms and conditions set forth in the Stipulation attached to the Motion to Approve (*See* ECF 60).

4. On September 9, 2014, the Court entered an Order discharging the Debtor(s) as provided for under 11 U.S.C. 727 (*See* ECF 34).

CASE NO.: 14-22581-BKC-LMI

5. Pursuant to the Stipulation and the Order, the Debtor were required to pay to the Trustee the amount of $13,000.00.

6. The Debtor failed to make timely payments pursuant to the Stipulation and the Order.

7. By e-mail dated August 3, 2015, the Trustee requested the Debtor to cure the default. The Trustee and Debtor's counsel attempted to resolve the Debtor's failure to make settlement payments, however the Debtor has failed to cure her default.

8. Although demand has been made, to date the Debtor has failed and refused to make payments pursuant to the Stipulation and the Order.

9. Pursuant to ¶ 12 of the Stipulation,

> in the event that the Debtor(s) fail to comply with the terms ... the Trustee shall be entitled to interest, which shall accrue at the statutory rate, attorneys' fees and costs. Further, the Trustee may file a Notice of Default and submit an Order to the Court revoking the Debtor(s)' discharge....

10. Accordingly, the Trustee seeks an Order (1) awarding interest, attorneys' fees and costs, and (2) revoking the Debtor(s)' discharge for failure to comply with the lawful order of the Court as provided for under 11U.S.C. 727 (6)(A).

**WHEREFORE**, Marcia T. Dunn, as Chapter 7 Trustee of the bankruptcy estate of Sherrie B Johnson, respectfully requests that the Court enter an Order (1) awarding interest, attorneys' fees and costs, and (2) revoking the Debtor(s)' discharge for failure to comply with the lawful order of the Court; and (3) granting such other and further relief as the Court deems just and proper.

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171

CASE NO.: 14-22581-BKC-LMI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on September 21, 2015, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Sherrie B. Johnson
5681 NW 187TH ST
Miami Gardens, FL 33055

        Respectfully submitted,

        /s/ Jessika A. Graham
        Jessika A. Graham
        Fla. Bar No. 72452
        Joel L. Tabas
        Florida Bar No. 516902
        Tabas, Freedman & Soloff, P.A.
        Attorneys for the Chapter 7 Trustee
        14 Northeast First Avenue - Penthouse
        Miami, Florida 33132
        Telephone: (305) 375-8171
        Facsimile: (305) 381-7708
        JTabas@tabasfreedman.com

3

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171