

ORDERED in the Southern District of Florida on February 16, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                               CASE NO.: 14-22581-BKC-LMI
                                                     Chapter 7
**SHERRIE B JOHNSON**
SSN: XXX-XX-0826

_____Debtor(s)._____/

### ORDER REVOKING DEBTOR'S DISCHARGE

THIS CAUSE having come before the Court on upon *Marcia T. Dunn, Trustee's (1) Notice of Non-Compliance and (2) Motion to Deny Debtor's Discharge for Failure to Comply with Court Orders* [ECF 64] (the "Motion"), and the Order granting the Motion [ECF 67] and the Court, having reviewed the Motion, the Order, and the Trustee's Notice of Non-Compliance with the Order [ECF71], and based on the record, it is

ORDERED as follows:

1.  The Debtor's discharge shall be revoked and she will not receive a discharge in this Chapter 7 proceeding.

###

Submitted By:
Joel L. Tabas
Florida Bar No. 516902
Tabas, Freedman & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, Florida  33132
Telephone:  (305) 375 8171
Facsimile:  (305) 381 7708
E mail: joel@tabasfreedman.com

Joel L. Tabas
Attorney Joel L. Tabas is directed to serve copies of this Order on the parties listed and file a Certificate of Service